**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
HEATHER SNYDER, individually and on
behalf of all others similarly situated,

                      Plaintiff,

    -against-                                  21 **CIVIL** 7794 (CS)

                                              **JUDGMENT**

LVNV FUNDING LLC and SEQUIUM
ASSET SOLUTIONS, LLC,

                    Defendant.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion & Order dated January 30, 2023, Defendant's motion is GRANTED, and Plaintiff's claims are dismissed without prejudice; accordingly, the case is closed.

**Dated:**  New York, New York

      January 31, 2023

                                                     **RUBY J. KRAJICK**

                                                     _____
                                                       **Clerk of Court**

                         **BY:**      *K. Mango*

                                                       _____
                                                         **Deputy Clerk**